[No. 21459–4–I.   Division One.   February 27, 1989.]

CARL GILES, *Appellant,* v. THE HORSE RACING COMMISSION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-02276-9, Warren Chan, J., entered November 13, 1987. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Pekelis, J. Now published at 53 Wn. App. 932.

[No. 22027–6–I.   Division One.   February 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND CURTIS FERNANDEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-8-00419-8, George T. Mattson, J., entered March 1, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 11009–1–II.   Division Two.   February 27, 1989.]

JOSEPH M. WOOLDRIDGE, ET AL, *Respondents,* v. K.J. JOHANSSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 80-2-00058-8, Leonard W. Kruse, J., entered April 17, 1987. *Reversed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.